UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GORDON WEEKS,

      Plaintiff,                               Case No. 23-cv-10314

v.                                          Paul D. Borman
                                               United States District Judge

COMMISSIONER OF                   Elizabeth A. Stafford
SOCIAL SECURITY,                     United States Magistrate Judge

      Defendant.

_____/

**ORDER**
**(1) ADOPTING MAGISTRATE JUDGE STAFFORD'S**
**JUNE 7, 2023 REPORT AND RECOMMENDATION (ECF NO. 14),**
**(2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**
**(ECF NO. 8), AND**
**(3) DISMISSING COMPLAINT WITH PREJUDICE FOR FAILURE TO**
**PROSECUTE**

On June 7, 2023, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation recommending that this case be dismissed for failure to prosecute. (ECF No. 14.) Magistrate Judge Stafford also recommends that Defendant's Motion to Dismiss (ECF No. 8) be denied as moot. (*Id.*)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 14), **DENIES** Defendant's

Motion to Dismiss (ECF No. 8) as moot, **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE** for failure to prosecute.

IT IS SO ORDERED.

                                                                      s/Paul D. Borman  
                                                                      Paul D. Borman  
                                                                      United States District Judge

Dated:  June 30, 2023